■ In the Matter of KATTRESSA S., a Child Alleged to be Abused. ALVIN S., Appellant; HERKIMER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [617 NYS2d 699] —Order unanimously affirmed without costs. Memorandum: Family Court properly determined that the victim's unsworn, out-of-court statements were sufficiently corroborated by the testimony of a pediatrician and a clinical social worker validator that the victim suffered from child sexual abuse syndrome *(see, Matter of Nicole V.,* 71 NY2d 112; *Matter of Linda K.,* 132 AD2d 149, *lv denied* 70 NY2d 616). (Appeal from Order of Herkimer County Family Court, LaRaia, J.—Child Abuse.) Present— Green, J. P., Fallon, Wesley, Doerr and Boehm, JJ.

■ KENNETH LOUGHRY, Appellant, v CITIBANK (NEW YORK STATE) et al., Respondents. [617 NYS2d 683] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Wisner, J. (Appeal from Order of Supreme Court, Monroe County, Wisner, J.—Summary Judgment.) Present—Green, J. P., Fallon, Wesley and Doerr, JJ.